

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-5,483-21

### IN RE MERIA JAMES BRADLEY, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 1328927-C IN THE 183RD DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed an application for a writ of habeas corpus in the 183rd District Court of Harris County, and it has not been forwarded to this Court. The record reflects that the District Court entered a timely order designating issues on September 4, 2014, more than 180 days have passed since the date the State received the application, and the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response by submitting

the record on such habeas corpus application. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 14, 2015
Do not publish